**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ALEXA PARKER OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  6:24-cv-03038-DPR |
| | ) | |
| MERCY HEALTH, and | ) | |
| MHM SUPPORT SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alexa Parker Owens

and Defendants Mercy Health and MHM Support Services, by and through their undersigned

counsel, hereby stipulate and agree that this action is dismissed with prejudice, each party to bear

its own costs and attorneys' fees.


**AGREED TO AND RESPECTFULLY SUBMITTED,**


**DONELAN LAW, LLC**

By:  */s/ Sarah Donelan*
Sarah Donelan, Bar No. 63165
1655 S. Enterprise Ave, Suite A-1
Springfield, MO 65804
Telephone: (417) 242-6262
E-Mail: Sarah@donelanlaw.com
*Attorney for Plaintiff*

**ELLIS ELLIS HAMMONS &**
**JOHNSON, PC**

By: */s/ Tina G. Fowler*
Tina G. Fowler MO #48522
tfowler@eehjfirm.com
Rachel A. Riso MO #57145
rriso@eehjfirm.com
2808 S. Ingram Mill Rd., A-104
Springfield, Missouri 65804
Telephone: (417) 866-5091
*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record.

*/s/ Sarah M. Donelan*
Attorney for Plaintiff

2