**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ALEXA PARKER OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 6:24-cv-03038-DPR |
| | ) | |
| MERCY HEALTH, and | ) | |
| MHM SUPPORT SERVICES | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court is a Stipulation of Dismissal with Prejudice, signed by both parties. (Doc. 93.) Upon review, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED** with prejudice. The Clerk's Office is directed to close this action.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 26, 2026